UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENNY L RUSSELL,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C23-5690 RSM<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Plaintiff's Motion for an Extension of Time, and that Defendant's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows: Plaintiff shall have up to and including January 23, 2024, to file a reply brief.

DATED this 11th day of January, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1