UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENNY L. RUSSELL,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. C23-5690-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) |

This matter comes before the Court on Plaintiff's unopposed Motion for Attorney Fees 42 U.S.C. § 406(b). Dkt. #21. Plaintiff seeks fees in the net amount of $16,511.12 out of $98,418 in past due benefits. This accounts for a previous Equal Access to Justice Act ("EAJA") fee award of $8,093.38. *Id.*; *see also* Dkt. #20. Defendant neither supports nor opposes counsel's request and did not otherwise respond. *See* Dkt. #21 at 1.

Attorney's fees may be awarded to a successful social security claimant's lawyer for his or her representation before a court pursuant to 42 U.S.C. §§ 406(b). *Straw v. Bowen,* 866 F.2d 1167 (9th Cir.1989). Plaintiff must apply to the Social Security Administration for an award of fees for representation at the administrative level. 42 U.S.C. § 406(a); *Stenswick v. Bowen,* 815

ORDER - 1

F.2d 519 (9th Cir. 1987).  Under 42 U.S.C. § 406(b), the Court may allow a reasonable fee for an attorney who represented a Social Security Title II claimant before the Court and obtained a favorable judgment, as long as such fee is not in excess of 25% of the total past-due benefits.  *See Grisbrecht v. Barnhart*, 535 U.S. 789 (2002).

Fee awards may be made under both the EAJA and § 406(b), but the claimant's attorney must refund to the claimant the amount of the smaller fee.  *See Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).

The Court concludes that the request is reasonable within the meaning of § 406(b).  Accordingly, having reviewed Plaintiff's Motion, the exhibits and declarations attached thereto, and the remainder of the record, the Court finds and ORDERS that Plaintiff's Motion for Attorney Fees Under 42 U.S.C. § 406(b), Dkt. #21, is GRANTED.  Plaintiff's counsel is awarded $16,511.12 in attorney fees under 42 U.S.C. § 406(b), which is the gross § 406(b) fee of $24,604.50 less the previously awarded EAJA fee of $8,093.38.  When issuing the Section 406(b) payment to Plaintiff's attorney, the Commissioner is directed to send Plaintiff's attorney, H. Peter Evans, the balance of $16,511.12 in accordance with agency policy.

DATED this 17th day of June, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2